UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL CARRILLO ALDERETE, | Case No. CV 11-9556 GW(JC) |
| Petitioner, | |
| | JUDGMENT |
| v. | |
| LELAND McEWEN, Warden, | |
| Respondent. | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Motion to Dismiss is granted, the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice as time-barred.

DATED: February 20, 2014

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE